IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SHARON JEAN MANNING,** § § § Plaintiff, § v. § **ANDREW SAUL, COMMISSIONER OF** § **SOCIAL SECURITY,** § § Defendant. § | Civil Action No. **3:19-CV-1247-L-BH** |

# ORDER

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 21) was entered on August 31, 2020, recommending that the court dismiss without prejudice this action for lack of subject matter jurisdiction. No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for lack of subject matter jurisdiction.

**It is so ordered** this 18th day of September, 2020.

Sam A. Lindsay
United States District Judge

Order – Solo Page